1  BRUCE SCOTT DICKINSON, ESQ.
   Nevada Bar No. 002297
2  MICHAEL HOTTMAN, ESQ.
   Nevada Bar No. 008501
3  STEVEN K. GAGE II, ESQ.
   Nevada Bar No. 11966
4  **STEPHENSON & DICKINSON, P.C.**
5  2820 West Charleston Boulevard, Suite B-19
   Las Vegas, Nevada 89102
6  Telephone: (702) 474-7229
7  Facsimile:  (702) 474-7237
   *email:  admin@sdlawoffice.net*
8
9  Attorneys for Defendants

10

11                 **UNITED STATES DISTRICT COURT**

12                       **DISTRICT OF NEVADA**

13  | | |
    |---|---|
14  | ANNA BRADFORD, | |
15  |              Plaintiff, | CASE NO.: 2:14-cv-00865-RFB-CWH |
16  | vs. | |
17  | WERNER CO., NEW WERNER CO., LOWE'S HOME CENTERS, LLC AKA LOWE'S COMPANIES, INC., ROE WHOLESALER, DOES I-V, and ROE CORPORATIONS I-V, inclusive, | **STIPULATION TO DISMISS CAASE WITH PREJUDICE** |
18  | | |
19  | | |
20  |              Defendants. | |
21
22

23       IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, ANNA

24  BRADFORD; and Defendants, WERNER CO., NEW WERNER CO., LOWE'S HOME CENTERS,

25  LLC aka LOWE'S COMPANIES, INC., by and through their respective attorneys of record, that the

26  above-entitled action be dismissed with prejudice.

27  / / /

28  / / /

Each party to bear their own costs and fees.

Dated this 25 day of August, 2014          Dated this 1st day of August, 2014

By: _____          By: _____
BRUCE SCOTT DICKINSON, ESQ.                CARA M. XIDAS, ESQ.
Nevada Bar No.: 002297                     Nevada Bar No.: 011743.
MICHAEL E. HOTTMAN, ESQ.                   Christensen Law Offices
Nevada Bar No.: 008501                     1000 S. Valley View Blvd.
STEVEN K. GAGE II, ESQ.                    Las Vegas, NV 89107
Nevada Bar No. 11966                       T – 702-216-1468
STEPHENSON & DICKINSON                     F – 702-870-1652
2820 West Charleston Blvd., Suite B-19     Attorneys for Plaintiff
Las Vegas, NV 89102                        *Attorneys for Plaintiff*
P: 702- 474-7229
F: 702-474-7237
*Attorneys for Defendants*

IT IS SO ORDERED:
DATED this 3rd day of September, 2014.

_____
RICHARD F. BOULWARE, II
United States District Judge